Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:: 08-09432-5-ATS    Judge: ATS    Trustee Name: HOLMES P. HARDEN, TRUSTEE
Case Name: HELTON HOMES, INC.    Date Filed (f) or Converted (c): 12/31/08 (f)
    341(a) Meeting Date: 06/01/09
For Period Ending: 06/30/09    Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Ex-Cell Model 3004 Pressure Washer | 500.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.24 | Unknown | 0.00 | 0.00 |
| 3. Dewalt Compound Miter | 75.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Onan 5000 Watt Generator sold at auction | 500.00 | 175.00 | DA | 175.00 | FA | 0.00 | 0.00 |
| 5. Titan 550 Diesel Generator | 600.00 | 0.00 | DA | 275.00 | FA | 0.00 | 0.00 |
| 6. Titan 8500 gas generator | 600.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Titan Air Compressor | 250.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 8. Rigid Heavy Duty Table Saw | 200.00 | 275.00 | DA | 275.00 | FA | 0.00 | 0.00 |
| 9. Stihl Back pack blower Sold at auction | 50.00 | 140.00 | | 140.00 | FA | 0.00 | 0.00 |
| 10. BB&T bank account | 35.72 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. Four Oaks Bank account | 107.61 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. Dell Lap Top | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. Gateway Computer/Monitor | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14. Dell Inspiron computer/monitor | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15. Xerox copier | 25.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16. 2007 Toyota Sienna Limited XLE | 25,555.00 | 0.00 | | 0.00 | FA | 33,142.09 | 0.00 |
| 17. 2007 Toyota Tundra Crewcab Southeast Toyota Finance lien | 34,310.00 | 0.00 | | 0.00 | FA | 36,008.46 | 0.00 |
| 18. 2003 Chevy Ton Truck Southeast Toyota Finance GMAC lien; Trustee paid off lien on 4/2/09 | 12,000.00 | 10,600.00 | DA | 10,600.00 | FA | 3,067.31 | 0.00 |
| 19. Bobcat CAT 236 Skid Steer w/bucket | 9,200.00 | 9,500.00 | | 9,500.00 | FA | 0.00 | 0.00 |
| 20. 2003 16' Contrail Trailer Trailer is included with Bobcat on schedules; sold at auction | 0.00 | 2,750.00 | | 2,750.00 | FA | 0.00 | 0.00 |
| 21. Tool Box and Fuel Tank (u) | 0.00 | 300.00 | | 300.00 | FA | 0.00 | 0.00 |

LFORM1EX    Ver: 14.31c

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 08-09432-5-ATS    Judge: ATS
Case Name: HELTON HOMES, INC.

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 12/31/08 (f)
341(a) Meeting Date: 06/01/09
Claims Bar Date:

Page: 2

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| Sold at auction | | | | | | | |
| 22. Lot 138 Colvard Farms, Durham, NC Four Oaks Bank lien | 749,000.00 | 0.00 | DA | 0.00 | FA | 789,000.00 | 0.00 |
| 23. Lots 163, 166, 167, 169 Colvard Farms, Durham, NC Harrington Bank lien | 600,000.00 | 0.00 | OA | 0.00 | FA | 765,000.00 | 0.00 |
| Notice of Abandonment filed with court on 3/3/09 | | | | | | | |
| 24. Lot 8 Inwood Forest Bradley's Carpet & Flooring lien $4,476.00 Four Oaks Bank lien $599960.00 VoStone, Inc. $3,170.00 Triangle Tile and Stone $4,698.12 | 599,000.00 | 0.00 | DA | 0.00 | FA | 612,304.12 | 0.00 |
| 25. Lot 34 Inwood Forest, Raleigh, NC Four Oaks Bank lien | 135,000.00 | 0.00 | DA | 0.00 | FA | 144,000.00 | 0.00 |
| 26. Lot 37 Inwood Forest, Raleigh, NC Four Oaks Bank lien | 200,000.00 | 0.00 | DA | 0.00 | FA | 237,000.00 | 0.00 |
| 27. Lot 11 Wyman Park, Raleigh, NC Four Oaks Bank lien $603,000 Triange Tile and Stone of NC lien $3,838.29 VoStone, Inc. mechanic's lien $5600.00 | 600,000.00 | 0.00 | DA | 0.00 | FA | 612,438.29 | 0.00 |
| TOTALS (Excluding Unknown Values) | $2,967,658.33 | $23,740.00 | | $24,016.24 | $0.00 | $3,231,960.27 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee needs to review claims and file objections. Trustee is investigating the viability of a possible receivable.

LFORMIEX                                                                                                                                   Ver. 14.31c

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 08-09432-5-ATS   Judge: ATS
Case Name: HELTON HOMES, INC.

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Date Filed (f) or Converted (c): 12/31/08 (f)
341(a) Meeting Date:
Claims Bar Date: 06/01/09

Initial Projected Date of Final Report (TFR): 03/31/09   Current Projected Date of Final Report (TFR): 12/31/09

/s/ HOLMES P. HARDEN, TRUSTEE
────────────────────────
HOLMES P. HARDEN, TRUSTEE   Date: 07/15/09

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 08-09432-5-ATS
Case Name: HELTON HOMES, INC.
Taxpayer ID No: **********9755
For Period Ending: 06/30/09

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: **********9883 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 200,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/09 | * NOTE * | Country Boys Auction & Realty, Inc. | Auction Proceeds<br>* NOTE * Properties 4, 5, 8, 9, 18, 19, 20, 21 | 1121-000 | 24,015.00 | | 24,015.00 |
| 03/31/09 | 2 | | Interest Rate 0.010 | 1270-000 | 0.01 | | 24,015.01 |
| 04/02/09 | 001001 | GMAC AUTO<br>6716 GRADE LANE, BLDG 9, STE. 910<br>LOUISVILLE, KY 40213-3416 | PAYOFF SECURED LIEN #023-9037-63980<br>PAYOFF THROUGH 4/3/09 | 4210-000 | | 3,067.31 | 20,947.70 |
| 04/17/09 | 001002 | COUNTRY BOYS AUCTION AND REALTY, INC.<br>P. O. BOX 1903<br>1211 W. 5TH STREET<br>WASHINGTON, NC 27889 | AUCTIONEER FEES | | | 5,251.50 | 15,696.20 |
| 04/24/09 | 001003 | International Sureties, Ltd.<br>Suite 420, 701 Poydras Street<br>New Orleans, LA 70139 | Trustee Bond<br>Bond #016024980<br>Fees        4,401.50<br>Expenses   850.00 | 3610-000<br>3620-000<br>2300-000 | | 1.63 | 15,694.57 |
| 04/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.45 | | 15,695.02 |
| 05/29/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,695.41 |
| 06/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,695.80 |

Page Subtotals    24,016.24    8,320.44

LFORM24                                                                                                                                                                                                              Ver: 14.31c

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No: 08-09432-5-ATS
Case Name: HELTON HOMES, INC.
Taxpayer ID No: **********9755
For Period Ending: 06/30/09

Trustee Name: HOLMES P. HARDEN, TRUSTEE
Bank Name: BANK OF AMERICA
Account Number / CD #: **********9883 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 200,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| Money Market - Interest Bearing - **********9883 | 24,016.24 | 8,320.44 | 15,695.80 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | 24,016.24 | 8,320.44 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 24,016.24 | 8,320.44 |
| Less: Payments to Debtors | | 0.00 |
| Net | 24,016.24 | 8,320.44 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 24,016.24 | 8,320.44 | 15,695.80 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand 15,695.80 |

Trustee's Signature: /s/ HOLMES P. HARDEN, TRUSTEE Date: 07/15/09
HOLMES P. HARDEN, TRUSTEE

LFORM24

Page Subtotals    0.00    0.00

Ver: 14.31c